■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ZAKI ISAAC TAMIR, on Behalf of AVROHAM GROSS, Petitioner, v WARDEN, BROOKLYN DETENTION COMPLEX, Respondent. [1 NYS3d 869]—Writ of habeas corpus in the nature of an application to compel the Supreme Court Kings County, inter alia, to reduce bail upon Kings County indictment Nos. 7352/24 and 7352/14.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Kings County, was

not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger*, 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson*, 48 NY2d 230 [1979]). Rivera, J.P., Dickerson, Chambers and Barros, JJ., concur.